1022

Frank TESCIONA, Appellant, v. James A. JOHNSTON, Warden, U. S. Penitentiary, Alcatraz, Cal., Appellee.

No. 8101.

Circuit Court of Appeals, Ninth Circuit.
March 27, 1936.

Frank Tesciona, in pro. per.

H. H. McPike, U. S. Atty., and A. J. Zirpoli, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of the record and brief filed, and by direction of the court, ordered, order of District Court affirmed, that a decree be filed and entered accordingly; mandate to issue in thirty days.

In the Matter of TRUST NO. 2988, etc., Debtor.

Vernon TETZKE v. TRUST NO. 2988, etc.
No. 5572.

Circuit Court of Appeals, Seventh Circuit.
Nov. 11, 1935.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

This cause was submitted to the court on the motion of appellee to dismiss this appeal, and briefs of counsel in support of said motion, and in opposition thereto.

It is now here ordered, adjudged, and decreed by this court that the appeal granted to the appellant herein, Vernon Tetzke, by the order of this court entered July 26, 1935, be, and the same is hereby, dismissed with costs.

In the Matter of TRUST NO. 2988, etc., Debtor.

Vernon TETZKE v. TRUST NO. 2988, etc.
No. 5599.

Circuit Court of Appeals, Seventh Circuit.
Nov. 11, 1935.

John L. McInerney, Louis M. Mantynband, and Benjamin V. Becker, all of Chicago, for appellant.

Shulman, Shulman & Abrams, of Chicago, Ill., for appellee.

PER CURIAM.

This cause was submitted to the court on the motion of appellee to dismiss this appeal, and briefs of counsel in support of said motion, and in opposition thereto.

It is now here ordered, adjudged, and decreed by this court that the appeal granted to the appellant herein, Vernon Tetzke, by the order of this court, entered July 23, 1935, be, and the same is hereby, dismissed with costs.

In the Matter of TRUST NO. 2988, etc., Debtor.

TRUST COMPANY OF CHICAGO, etc., v. TRUST NO. 2988, etc.
No. 5571.

Circuit Court of Appeals, Seventh Circuit.
Nov. 11, 1935.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

This cause was submitted to the court on the motion of appellee to dismiss this appeal, and briefs of counsel in support